AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NNN 2716 NORTH TENAYA 24, LLC,
a Delaware limited liability company,

               Plaintiff,

    v.

BREAKWATER EQUITY PARTNERS,
LLC, et al.,

               Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:20-cv-00833-RFB-EJY

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Defendants Breakwater Equity Partners, LLC, Jack Rose, Samantha Randant (the "Breakwater defendants"), Randall Ghezzi, Richard Pinto, and Sidney Mandel (the "Steering Committee defendants") are awarded attorney's fees in the amount of $65,794.00. The transcript of the hearing held on 2/7/2022 shall serve as the written Opinion and Order of the Court and is incorporated by reference herein.

2/8/2022
_____
Date

DEBRA K. KEMPI
_____
Clerk



/s/ D. Reich-Smith
_____
Deputy Clerk